**07 C 6193**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE MASON**

# EXHIBIT A

```
*********************************
        Customer Copy            *
*********************************


          Rocco Vino's
       904 Army Trail Road
       Carol Stream, IL 60188
          (630)-736-1600


Date:            10/27/07
Time:            6:50 PM
Server:          23. Melissa
Order:           48870
Description:     Table 11

Card Type:       Visa/MC
Card No:         ************8068
Expires:         REDACTED
Appr Code:       084741
```

**Purchases: $ 24.03**

**Tip:         $_____**

**Total:       $_____**
       JASON S BLAHNIK/

agree to pay the above total amount
ccording to the card issuer agreement.