# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on November 20, 2007, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Robert M. Dow, Jr., therefore

IT IS HEREBY ORDERED that the attached list of cases be reassigned to the Honorable Robert M. Dow, Jr.

IT IS FURTHER ORDERED that this order shall become effective on Friday, December 7, 2007.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 6th day of December, 2007.