Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6193 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Blahnik vs. Roccovino | | |

**DOCKET ENTRY TEXT**

All matters in controversy having been settled, the above-entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 2/4/08 after which time the dismissal will be with prejudice if no request to reinstate is filed.
Status hearing date of 1/8/08 is stricken.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | TBK |